McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:01-cr-00341-MCE |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS INDICTMENT AND ARREST WARRANT AGAINST RITA KHALATYAN; ORDER |
| RITA KHALATYAN, ) | |
| Defendant. ) | |

    Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the Indictment and arrest warrant in the above-captioned action filed on August 2, 2001.  For some time defendant Khalatyan was believed to be a fugitive in Armenia.  She was recently interviewed about this case in Armenia by individuals with the Armenian government.  Based on that interview, the passage of time and associated loss of witnesses and access to documents, and with more recent follow-up investigation in the United States, the government submits that there is insufficient evidence to proceed with this prosecution.  Accordingly, the government respectfully

1

1  requests that the Court dismiss the Indictment and recall the
2  outstanding arrest warrant.
3
4                                    McGREGOR W. SCOTT
                                     United States Attorney
5
6  Date: October 3, 2008              /s/ Laura L. Ferris
                                     LAURA L. FERRIS
7                                    Assistant United States Attorney
8
9
10                                ORDER
11     Based on the motion of the government, and GOOD CAUSE APPEARING
12 THEREFORE, the Court hereby orders that the Indictment filed against
13 Rita Khalatyan, on August 2, 2001, is hereby dismissed and the
14 related arrest warrant is recalled.
15
16     **IT IS SO ORDERED.**
17
    Dated: October 7, 2008
18
19
                                     _____
20                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
21